FILED

09/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0218

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0218

_____

KEVIN BARBER,

      Plaintiff and Appellant,

v.

                                                 O R D E R

BRADFORD AQUATIC GROUP, LLC,

      Defendant and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Danni Coffman, District Judge.

                                            For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 6 2023